1840.

McCarthy
v.
Graham.

---

### McCarthy vs. Graham and others.

In a foreclosure suit the court of chancery is authorized to make a contingent decree for the payment of the deficiency, by the mortgagor, upon the coming in and confirmation of the report of the sale, in case it shall appear from such report that the proceeds of the mortgaged premises were not sufficient to pay the debt and costs.

August 26.   This was an an appeal from a decree of the vice chancellor of the first circuit ; and the only question was whether in a mortgage case the court could make a decree against the mortgagor, for the payment of the deficiency, in anticipation of the master's report.

*L. H. Sandford*, for the appellant.

*W. P. Hawes*, for the respondent.

The Chancellor decided that the usual decree in such cases, for the payment of the deficiency, upon the confirmation of the report of the sale, in case it should appear from such report that the proceeds of the mortgaged premises were not sufficient to pay the debt and costs, was proper under the provisions of the revised statutes on this subject ; and was not erroneous. And that it was not necessary to wait until after the sale of the mortgaged premises before the contingent decree for the payment of such deficiency could be made.